No. 148. WEBRE STEIB Co., LTD. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth

Circuit granted. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Joseph M. Jones,* and *Miss Helen R. Carloss* for respondent.